**B6C (Official Form 6C) (12/07)**

In re **Lorenzo Maldonado**,   Case No. **2:09-bk-22101**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> **7853 Dorothy Street Rosemead, Ca 91770** | **C.C.P. 704.730** | **75,000.00** | **215,000.00** |
| **Cash on Hand** <br> **cash** | **C.C.P.704.020** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **checking account** <br> **Wamu savings account $514** <br> **Primerica Savings account $1800** | **C.C.P.704.040** | **0.00** | **0.00** |
| **Household Goods and Furnishings** <br> **furniture** | **C.C.P.704.040** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** <br> **clothing** | **C.C.P.704.040** | **50.00** | **50.00** |
| **Furs and Jewelry** <br> **jewerly** | **C.C.P.704.060** | **25.00** | **25.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **03 Chevy Suburban $6000** <br> **96 Honda Accord $500** | **C.C.P.704.080** | **6,500.00** | **6,500.00** |
| | Total: | **83,095.00** | **223,095.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt