| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| STEVEN A. SCHWABER<br>LAW OFFICES OF STEVEN A. SCHWABER<br>2600 Mission St., Ste. 100<br>San Marino, CA 91108<br>PHONE: (626)403-5600<br>SBN 43678<br><br>*Attorney for Movant and Debtor* |  |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>LORENZO MALDONADO<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:09-bk-22101 PC |
|---|---|

## ORDER ON DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

Pursuant to Local Bankruptcy Rule 1017-1, Debtor moved to convert this chapter 7 case to a case under chapter 13.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, THE COURT ORDERS AS FOLLOWS:

1. ☒ Motion granted. This case is hereby converted to chapter 13 pursuant to 11 U.S.C. § 706(a). If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this Order.

2. ☐ Motion granted. This case is hereby converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

    a. Within 14 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

    b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

    c. The debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must forthwith turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

    d. Within 14 days of the date of this order, the Debtor must file the statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, if such documents have not already been filed.

    e. If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

*(This Order is continued on the next page.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009    F 1017-1.2

Order on Debtor's Motion to Convert Case – Page 2   F 1017-1.2

| In re: | | CHAPTER 7 |
|---|---|---|
| LORENZO MALDONADO | | |
| | Debtor. | CASE NUMBER 09-22101 |

    f. Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

       (1) A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this conversion order.

       (2) A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this conversion order, and

       (3) A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this conversion order.

3. ☐ Motion denied without prejudice on the following grounds *(specify):*   ☐ See Attached Page

4. ☐ Motion denied with prejudice on the following grounds:

    a. ☐ Case previously converted under 11 U.S.C. §   ☐ 1112   ☐ 1208   ☐ 1307

    b. ☐ Debtor is not an eligible debtor under the chapter to which conversion is sought

    c. ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d. ☐ Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

    e. ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5. ☐ This matter is set for hearing as follows:   *Date:*   *Time:*   *Ctrm:*
    Address of Courtroom:

6. ☐ Notice is required as follows *(specify):*   ☐ See Attached Page

7. ☐ Court further orders as follows *(specify):*   ☐ See Attached Page

### ###

SEP 13 2010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*   F 1017-1.2

Order on Debtor's Motion to Convert Case – Page 3

| In re: | | CHAPTER 7 |
|---|---|---|
| LORENZO MALDONADO | | |
| | Debtor. | CASE NUMBER 09-22101 SB/PC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11684 Ventura Blvd. #403, Studio City, CA 91604

A true and correct copy of the foregoing document described ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER 11 USC 706(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 10, 2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Peter H. Carroll
255 E. Temple St. Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/10/10 | Mark J. Markus | /s/ Mark J. Markus |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                           F 1017-1.2

Order on Debtor's Motion to Convert Case – Page 4

| In re:<br>LORENZO MALDONADO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 09-22101 SB/PC |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __Order on Debtor's Motion To Convert Case Under 11 U.S.C. 706(a)__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __9/10/10__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Steven A Schwaber    schwaberlaw@sbcglobal.net, bklawr@bklaw.com
* United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
* Edward M Wolkowitz (TR)    emwtrustee@lnbrb.com, ewolkowitz@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Lorenzo Maldonado**
7853 Dorothy Street
Rosemead, CA 91770

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009    F 1017-1.2